IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD MILLER,

    Petitioner,               No. CIV S-04-2446 DFL KJM P

  vs.

A.K. SCRIBNER,

    Respondent.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On June 6, 2005, he filed a letter requesting the appointment of counsel and the release of certain police reports.

        There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

1

A habeas petitioner is not entitled to discovery as a matter of course, but only when

> specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is . . . entitled to relief . . . .

<u>Bracy v. Gramley</u>, 520 U.S. 899, 908-09 (1997) (internal quotations and citations omitted); Rule 6(a), Fed. R. Governing § 2254 Cases.  Petitioner speculates that the requested police reports might help him, but has not provided the specific allegations necessary to support the request.

IT IS HEREBY ORDERED

1. Petitioner's June 6, 2005 request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

2. Petitioner's June 6, 2005 request for discovery is denied without prejudice.

DATED:  June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
mill2446.dsc