IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD ROY MILLER,

    Petitioner,           No. CIV S-04-2446 DFL KJM P

  vs.

A.K. SCRIBNER, Warden,

    Respondent.        ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Petitioner has also requested an extension of time to file and serve objections to the February 27, 2006 findings and recommendations.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 13, 2006 request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

1    2. Petitioner's March 13, 2006 request for an extension of time is granted in part; and

3    3. Petitioner is granted ten days from the date of this order in which to file and serve objections to the February 27, 2006 findings and recommendations.

DATED: March 17, 2006.

UNITED STATES MAGISTRATE JUDGE

2/mp
mill2446.110+111