IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD ROY MILLER,

    Petitioner,                    No. CIV S-04-2446 DFL KJM P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.                ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On February 27, 2006, this court filed findings and recommendations recommending that the petition be dismissed because it contained a mix of exhausted and unexhausted claims. The district court adopted these findings and recommendations in its order filed March 30, 2006 and directed petitioner to file an amended petition.

        Petitioner has now filed a new petition containing five claims, all of which he raised previously in the California Supreme Court. However, as noted in the findings and recommendations of February 27, 2006, although the claims relating to the jury instructions on simple possession of drugs and the equal protection challenge to a sentencing enhancement were included in the petition for review filed on petitioner's behalf in the state Supreme Court, these claims did not refer to any federal case law or federal constitutional provisions. These claims are

1

not exhausted. <u>Gray v. Netherland</u>, 518 U.S. 152, 162-63 (1996) ("a claim for relief in habeas corpus must include reference to a specific federal constitutional guarantee, as well as a statement of the facts which entitle the petitioner to relief"). Moreover, even though petitioner claims to have included a request for a stay to permit him to exhaust various claims, this is not part of the petition before the court.

        Accordingly, IT IS HEREBY ORDERED:

        1. Within thirty days of the date of this order, petitioner file a motion for a stay that complies with <u>Rhines v. Weber</u>, 544 U.S. 269, 125 S.Ct. 1528, 1535 (2005), or file a second amended petition that contains only the exhausted claims, which are claims one, three and five of the current petition; and

        2. The Clerk of the Court is directed to send petitioner a form for a petition for a writ of habeas corpus.

DATED: May 22, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

2
mill2446.mix